7. **OTHER PLAN PROVISIONS**

   a. **Vesting of Property of the Estate** Property of the Estate shall revest in the Debtor:

       __X__ Upon Confirmation

       ____ Upon Discharge

   b. **Payment Notices** Creditors and Lessors provided for in Sections 3, 5 or 6 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

   c. **Order of Distribution** The Trustee shall pay allowed claims in the following order:

       1) Trustee Commissions

       2) **Other Administrative Claims**

       3) **Secured Claims**

       4) **Lease Arrearages**

       5) **Priority Claims**

       6) **General Unsecured Claims**

   d. **Post-petition claims** The Trustee is ☐, is not ☒ authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

Date  May 3, 2010                 /s/Michael G. Boyd
                                             **Michael G. Boyd**
                                             Attorney for the Debtor

I certify under penalty of perjury that the foregoing is true and correct.

Date  May 3, 2010          Signature  /s/Alias V. Thukalil
                                                           **Alias V. Thukalil**
                                                           Debtor

Date  May 3, 2010          Signature  /s/Alice A. Thukalil
                                                           **Alice A. Thukalil**
                                                           Joint Debtor